**NACMIAS LAW FIRM PLLC**

592 PACIFIC STREET. 1ST FLOOR
BROOKLYN, NY 11217
PHONE: 347-392-6356
FAX: 347-402-7569
MICHAEL@NACMIASLAW.COM

October 3, 2024

Hon. Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007
(212) 805-0290
Failla_NYSDChambers@nysd.uscourts.gov



Re:  *VOLFMAN v. MOKO OMAKASE LLC and UKRANIAN NATIONAL HOME OF NEW YORK CITY INC.,*
 **DOCKET NO. 1:24-cv-04774-KPF**

Dear Judge Failla,

The undersigned represents Joseph Volfman, the plaintiff in the above-referenced matter. I write to request an adjournment of the initial pretrial conference. This is plaintiff's second request for this relief.

An initial pretrial conference is scheduled for October 8, 2024. Despite plaintiff's continued attempts to reach out to the Defendants, plaintiff has still not been able to communicate with either Defendant and neither Defendant has filed a notice of appearance.

The undersigned therefore respectfully requests that Your Honor allow an additional thirty (30) days for plaintiff to move for default judgment.

Thank you for your time and consideration on this matter.

Respectfully,

Andre Autz, Esq.
Nacmias Law Firm, PLLC
592 Pacific Street, 1st Floor
Brooklyn, NY 11217
aautz@nacmiaslaw.com
917-602-6057

Application GRANTED.  The initial pretrial conference currently scheduled for October 8, 2024, is hereby ADJOURNED *sine die*, pending further order of the Court.

The Clerk of Court is directed to terminate the pending motion at docket entry 12.

Date:     October 4, 2024              SO ORDERED.
          New York, New York

                                       HON. KATHERINE POLK FAILLA
                                       UNITED STATES DISTRICT JUDGE