**NACMIAS LAW FIRM PLLC**

592 PACIFIC STREET, 1ST FLOOR
BROOKLYN, NY 11217
PHONE: 347-392-6356
FAX: 347-402-7569
MICHAEL@NACMIASLAW.COM

January 24, 2025

Hon. Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007
(212) 805-0290
Failla_NYSDChambers@nysd.uscourts.gov



Re:   *VOLFMAN v. MOKO OMAKASE LLC and UKRANIAN NATIONAL HOME OF NEW YORK CITY INC.,*
      **DOCKET NO. 1:24-cv-04774-KPF**

Dear Judge Failla,

The undersigned represents Joseph Volfman, the plaintiff in the above-referenced matter. I write to jointly with the defendants to request an adjournment of the initial pretrial conference. The Parties submit this correspondence to inform the Court that they are continuing to work diligently towards a potential resolution of this matter. This is plaintiff's third request for and adjournment and the first joint request.

The parties have submitted a proposed case management plan and joint letter in accordance with Rule 3(B) of Your Honor's Rules and the Notice of Initial Pretrial Conference (ECF #7) While a resolution has not yet been reached, the parties are hopeful that they will be able to reach one soon.

In order to continue their efforts, and in advance of the upcoming conference scheduled before Your Honor on January 28, 2025, we request that conference be adjourned for another 30 days to February 28, 2025, or a comparable date which better suits the Court's calendar.

We thank this Honorable Court and Your Honor for its time and consideration.

Respectfully,

*[signature]*

Nacmias Law Firm, PLLC
592 Pacific Street, 1st Floor
Brooklyn, NY 11217
aautz@nacmiaslaw.com
917-602-6057

The Court is in receipt of the parties' joint letters (Dkt. #20, 21) and proposed case management plan (Dkt. #19). In light of the parties' submissions, and the parties' agreement on a proposed case management plan, the initial pretrial conference scheduled for January 28, 2025, is hereby ADJOURNED *sine die*. The Court will endorse the parties' proposed case management plan under separate cover.

Should the parties determine in 60 days that they wish to be referred to Court-annexed Mediation Program or to a Magistrate Judge for a settlement conference, they are to submit a letter to the Court requesting a referral order.

The Clerk of Court is directed to terminate the pending motion at docket entry 21.

Dated:     January 24, 2025          SO ORDERED.
           New York, New York

                                     HON. KATHERINE POLK FAILLA
                                     UNITED STATES DISTRICT JUDGE